punitive damages in these circumstances is an important and recurring question of federal law. The state and federal courts have divided as to how this question should be answered; I would therefore grant the petition for a writ of certiorari.

No. 93–1637.  MEDICAL SOCIETY OF THE STATE OF NEW YORK ET AL. *v.* SOBOL, COMMISSIONER OF THE DEPARTMENT OF EDUCATION OF NEW YORK, ET AL.  Ct. App. N. Y.  Motion of American Medical Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 93–8109.  HUGHES *v.* TEXAS.  Ct. Crim. App. Tex.  Motion of petitioner to strike the brief in opposition denied.  Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentence in this case.

No. 93–8151.  MORAN *v.* PENNSYLVANIA.  Sup. Ct. Pa.;
No. 93–8207.  ESPINOSA *v.* FLORIDA.  Sup. Ct. Fla.; and
No. 93–8636.  GEORGE *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 93–1235.  AUSTIN ET AL. *v.* UNITED PARCEL SERVICE, 510 U. S. 1196;
No. 93–1391.  HORNBACK *v.* UNITED STATES, *ante,* p. 1070;
No. 93–1472.  SIEGEL *v.* JAMES ISLAND PUBLIC SERVICE DISTRICT ET AL., *ante,* p. 1053;
No. 93–6893.  HOLLY *v.* BRENNAN, WARDEN, ET AL., *ante,* p. 1047;

No. 93–7421. BAKER *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 1035;

No. 93–7479. SHOCKEY *v.* BADGER COAL CO. ET AL., *ante*, p. 1035;

No. 93–7773. BOOTHE *v.* STANTON, *ante*, p. 1009;

No. 93–8063. ROSE ET AL. *v.* MERRELL DOW PHARMACEUTI-CALS ET AL., *ante*, p. 1040;

No. 93–8099. ERWIN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, *ante*, p. 1025;

No. 93–8246. BUCHANAN *v.* SOUTH CAROLINA, *ante*, p. 1074; and

No. 93–8296. TAYLOR *v.* JOHNSON, WARDEN, *ante*, p. 1044. Petitions for rehearing denied.

JUNE 7, 1994

No. 93–8811. IN RE KUKES. Petition for writ of mandamus dismissed under this Court's Rule 46.